People of the State of Illinois, Defendant in Error, v. Joseph Oglesby (Impleaded), Plaintiff in Error.

Gen. No. 49,748.

First District, Third Division.

October 8, 1964.

Milton O. Gordon, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney, of Chicago (Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE SCHWARTZ. Not to be published in full.